# Court of Appeals
# of the State of Georgia

ATLANTA,  July 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2454. NORFLETT HARRIS v. THE STATE.**

On October 2, 2018, Norflett Harris entered *Alford*[1] pleas to aggravated stalking and criminal trespass, and the trial court sentenced him to ten years to serve four years. Harris filed a pro se notice of appeal on March 11, 2019. However, we lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Harris' notice of appeal is untimely, as it was filed 160 days after entry of the judgment of conviction on his guilty pleas.[2] Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] *North Carolina v. Alford*, 400 U. S. 25 (91 SCt 160, 27 LE2d 162) (1970).

[2] On the same day as Harris' plea and entry of the judgment of conviction, the trial court entered a "Stalking Permanent Protective Order Pursuant to Criminal Conviction," under OCGA § 16-5-90 (d), permanently enjoining Harris from contact with the victim. Any attempt by Harris to appeal from the permanent protective order would also be untimely.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta, <u> 07/30/2019       </u>*

   *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

<u>             </u> *, Clerk.*